**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-2365** |
| | § | |
| **LAURA Y. CANO,** | § | |
| **Defendant.** | § | |

**COMPLAINT FOR TEMPORARY RESTRAINING ORDER,**
**PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION**

For its Complaint against Defendant Laura Y. Cano (CANO), the United States of America alleges as follows:

## INTRODUCTION

1. CANO is engaged in and facilitating a predatory wire fraud scheme within the Western District of Texas.

2. CANO is the owner and operator of LYC Aesthetics and Academy by Laura Cano LLC (LYC Aesthetics), a med spa located at 12240 Pellicano Drive in El Paso.

3. CANO promotes herself online as a "master practitioner" in "vaginal rejuvenation." CANO falsely claims that vaginal rejuvenation procedures are safe, effective, and medically appropriate, using vague language that describes such procedures as the "gold standard" and a "medical alternative to vaginoplasty."

4. CANO does not disclose to potential customers that vaginal rejuvenation is a pseudoscientific, unproven marketing term and is not a legitimate, scientifically proven medical treatment. Nor does CANO disclose that she uses unapproved medical devices imported from China in performing these procedures, which can cause serious adverse events such as vaginal burning and scarring.

5. CANO's false statements regarding the vaginal rejuvenation procedures she performs at LYC Aesthetics and at other locations in the United States are intended to induce victims to pay for dangerous, unproven, and medically inappropriate services.

6. The United States brings this action to prevent continuing and substantial injury to victims of this fraudulent scheme by enjoining CANO under 18 U.S.C. § 1345 during the pendency of its criminal investigation.

## JURISDICTION AND VENUE

7. The Court has jurisdiction under 18 U.S.C. § 1345 ("Injunctions against fraud") and 28 U.S.C. § 1345 ("United States as a plaintiff").

8. Venue is appropriate under 28 U.S.C. § 1391(b)(1), because CANO resides in this district, and under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claims asserted in this Complaint occurred in this district.

## PARTIES

9. Plaintiff is the United States of America, acting through the United States Attorney's Office for the Western District of Texas.

10. Defendant CANO is a natural person residing in El Paso who, acting alone or in concert with others, formulated, directed, controlled, had authority to control, or participated in the acts and practices set forth in this Complaint. CANO is the owner and operator of LYC Aesthetics, a Texas limited liability company.

## FRAUDULENT SCHEME

11. On May 28, 2025, Homeland Security Investigations (HSI), a law enforcement agency situated within the Department of Homeland Security (DHS), opened an investigation based upon a referral from U.S. Customs and Border Protection (CBP). CBP had detained a

package shipped to CANO's residence, located within the Western District of Texas, from a Chinese shipper: Shenzhen Gvtong Electronic Technology Co. Ltd.

12. The Customs declaration falsely claimed that the shipment contained a "polishing machine." The "polishing machine" was in fact an unapproved medical device used for vaginal rejuvenation procedures (as described below). Specifically, the shipment contained a cylinder with tubing attachment that included CANO's photograph on the display with the declarations "Master Body Sculpting Instructor" and "Master at Vaginal Rejuvenation."

13. On or about August 18, 2025, CBP detained a second shipment addressed to CANO from another Chinese company. The Customs declaration again falsely stated that the shipment contained a "polishing machine." This "polishing machine" was also an unapproved medical device used for vaginal rejuvenation procedures. CANO's photograph appeared on the device's digital screen, along with (among other things) a statement identifying CANO as a "Vaginal Rejuvenation Master Practitioner & Instructor" who is "Nationally Licensed and Accredited by NMSA, OSHA and HIPPA."

14. On or about October 20, 2025, CBP detained a third shipment to CANO from yet another Chinese company. The Customs declaration falsely stated that the shipment contained a "network video record." Upon inspection, CBP identified a device that, according to the insert accompanying the shipment, was actually a "vaginal rejuvenation" and "fat dissolving" product. The insert described the product as using "HIFU" technology.

15. The term "vaginal rejuvenation" generally refers to non-surgical procedures intended to treat vaginal symptoms such as vaginal laxity, vaginal atrophy, pain during sexual intercourse, pain during urination, and decreased sexual sensation.

16. Since 2018, the Food and Drug Administration (FDA) has publicly warned against the use of energy-based devices (including, for example, radiofrequency or laser devices) to perform vaginal rejuvenation or vaginal cosmetic procedures. The FDA has not cleared or approved any energy-based device for vaginal rejuvenation or vaginal cosmetic procedures, or for the treatment of vaginal symptoms related to menopause, urinary incontinence, or sexual function. The use of energy-based devices to treat such symptoms or conditions may lead to serious adverse events.

17. CANO uses unapproved energy-based devices, like the three unapproved medical devices she attempted to import from China in 2025, to perform medically inappropriate and potentially harmful vaginal rejuvenation procedures at LYC Aesthetics in El Paso and at other locations within the United States.

18. CANO advertises these vaginal rejuvenation procedures on Instagram, an online photo and video sharing social networking service, under the username "lauracanobeautystudios." CANO identifies herself on Instagram as a "Master Practitioner in Vaginal Rejuvenation" and a "Master Body Sculpting Instructor."

19. For example, on or about July 10, 2026, CANO posted on Instagram to advertise "Total Vaginal Rejuvenation … by Laura Cano, [the] #1 Master in Vaginal Rejuvenation." In that post, CANO described the procedure, which she claimed was performed with a "HIFU" or "High Intensity Focused Ultrasound" device, as "[t]he most [a]dvanced and safe with immediate results." CANO stated that "[t]he treatment offers a solution for wide range of feminine health concerns" such as "vaginal looseness, dryness and bladder weakness," and described HIFU as "a gold class, non-surgical procedure" that "ensures consistent results." CANO further claimed that "HIFU vaginal rejuvenation has quickly become an advanced medical alternative to traditional

vaginoplasty" due in part to its "immediate and long term results" and "virtually painless treatments." Exhibit A.

20. The claims made by CANO on Instagram are false and fraudulent. Vaginal rejuvenation procedures performed using unapproved HIFU medical devices are neither safe, nor effective, nor medically appropriate. On the contrary, such procedures are dangerous, ineffective, and can cause serious adverse events, including vaginal burning and scarring.

21. On August 5, 2026, federal agents executed search warrants at CANO's residence and at LYC Aesthetics in connection with a criminal investigation conducted by the United States Attorney's Office.

22. Following the execution of the search warrants, counsel for the United States informed CANO's counsel that the Government was investigating CANO's importation and use of vaginal rejuvenation devices. Counsel for the United States requested that CANO stop performing procedures with such devices until an indictment could be secured.

23. Despite being advised of these concerns, and notwithstanding her awareness of the Government's view on the fraudulent and inappropriate nature of these procedures, CANO has continued to advertise and perform vaginal rejuvenation services following the execution of the search warrants. For example:

a. On August 26, 2026, CANO posted an advertisement for "Total Vaginal Rejuvenation" on Instagram Reels. ("Reels" are short movie clips uploaded to the Instagram site and viewable for a limited duration.) CANO advertises that this procedure costs $880. Exhibit B.

b. On September 1, 2026, CANO posted an advertisement for "Vaginal Rejuvenation" and "Intimate Whitening" on Instagram Reels. CANO advertises this procedure as costing $1,499. Exhibit C.

c. Also on September 1, 2026, CANO posted a similar advertisement, noting that she would be traveling to Odessa, Texas, to perform vaginal rejuvenation procedures on September 22, 2026. CANO advertises this procedure as costing $1,650. Exhibit D.

24. Victims of vaginal rejuvenation procedures suffer bodily injury and financial losses from the wire fraud scheme engaged in and facilitated by CANO.

25. Absent injunctive relief by this Court, CANO's conduct will continue to cause injury to victims.

**COUNT I**
**18 U.S.C. § 1345**

26. The United States realleges and incorporates by reference all preceding paragraphs as if fully set forth herein.

27. By reason of the conduct described herein, CANO has violated, is violating, and is about to violate 18 U.S.C. § 1343 by engaging in and facilitating a scheme and artifice to defraud and obtain money or property by means of false or fraudulent representations with the intent to defraud and, in doing so, use interstate or foreign wire communications.

28. Upon a showing that CANO is committing or about to commit a violation of 18 U.S.C. § 1343, the United States is entitled, under 18 U.S.C. § 1345, to seek a temporary restraining order, a preliminary injunction, and a permanent injunction restraining all future fraudulent conduct. The Court may also grant such other relief as it deems just and proper to prevent a continuing and substantial injury to victims of the fraud scheme.

**PRAYER FOR RELIEF**

WHEREFORE, the United States requests judgment in its favor and against CANO, including:

A. That the Court issue an order, pursuant to 18 U.S.C. § 1345, that CANO, along with her agents, officers, and employees, and all other persons or entities in active concert or participation with them, are temporarily restrained from committing wire fraud, as defined by 18

U.S.C. § 1343, by advertising and performing "vaginal rejuvenation," "intimate whitening," and similar procedures.

B. That the Court issue a preliminary injunction against CANO, pursuant to 18 U.S.C. § 1345, on the same basis and to the same effect;

C. That the Court issue a permanent injunction against CANO, pursuant to 18 U.S.C. § 1345, on the same basis and to the same effect; and

D. That the Court grant any such further relief as may be just and proper.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

*/s/ Thomas A. Parnham Jr*
THOMAS A. PARNHAM JR.
Assistant United States Attorney
Texas Bar No. 24146529
903 San Jacinto Blvd, Suite 334
Austin, Texas 78701
(512) 916-5858 (tel)
thomas.parnham@usdoj.gov

SCOTT WISNIEWSKI
Assistant United States Attorney
Arizona Bar No. 035280
700 East San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-3464 (tel)
scott.wisniewski@usdoj.gov

***Counsel for the United States***